JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUSTIN JACKSON, | ) | CASE NO. CV 09-5466-CAS (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| KELLY HARRINGTON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Habeas Corpus Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: November 16, 2009.

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

H:\CASNYDER\Other Judges\Magistrate Orders\LA09CV05466CASPJW-J.wpd